UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA MUNOZ,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>  Defendants. | Civil Action No:<br>7:22-cv-03573-NSR<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE CAPTION |

Upon consideration of the Plaintiff's Motion to Amend the Caption, and no opposition thereto, it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to change the Plaintiff's name from Joshua Munoz to Joshua P. Kmiotek in the caption of the instant case.

So ordered this __12__ day of May, 2023.

_____
~~Nelson S. Roman, USDJ~~
Paul E. Davison, USMJ