USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KMIOTEK,

                      Plaintiffs,

    -against-

C.R. BARD, INC. AND
BARD PERIPHERAL VASCULAR, INC

                      Defendant.

-----------------------------------------------------------------X

7:22-CV-03573

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for November 1, 2023 at 10 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                September 8, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge